1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PHILLIP L. HARMON, | ) | Case No. CV 05-4237-AHS (OP) |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | ) ) | |
| SANTA BARBARA COUNTY SHERIFF TIM ANDERSON, et al., | ) ) ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion for Summary Adjudication, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered (1) approving and adopting this Report and Recommendation; (2) granting Defendants' motion for summary adjudication as to both defendants on the following claims only: Plaintiff's Eighth Amendment claim, Sixth Amendment claim, *ex post facto* claim, double jeopardy

///

///

///

claim, and prayers for injunctive and declaratory relief; and (3) denying Defendants' motion for summary judgment or summary adjudication as to all other claims and all other prayers for relief.

DATED: January 30, 2008.

_____
HONORABLE ALICEMARIE H. STOTLER
Chief United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge