UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

CIVIL MINUTES - GENERAL

Case No.: <u>CV 05-4237 AHS (OPx)</u>          Date: <u>June 11, 2008</u>

Title:     <u>Phillip L. Harmon v. Santa Barbara County Sheriff,
           etc., et al.</u>

================================================================

**PRESENT**: **HON. <u>ALICEMARIE H. STOTLER</u>, CHIEF U.S. DISTRICT JUDGE**


           <u>Ellen Matheson</u>                          <u>Not Present</u>
           Deputy Clerk                              Court Reporter

**ATTORNEYS PRESENT:** None present

**PROCEEDINGS:**      (IN CHAMBERS) ORDER TO SHOW CAUSE WHY
                     SANCTIONS SHOULD NOT BE IMPOSED

     On February 21, 2008, the Court issued an Order requiring the parties to file a Rule 26(f) Report no later than June 2, 2008. Under Fed. R. Civ. P. 26(f), the parties must mutually file a Joint Report with the Court within fourteen days after the parties' Rule 26(f) conference discussing all matters required under Rule 26(f). The Court has not received a Joint Report as required under Rule 26(f).

     The parties are ordered to show cause in writing, no later than fourteen days from the date of this Order, why sanctions pursuant to Local Rule 83-7 payable to the U.S. District Court Clerk should not be assessed and/or why this action should not be dismissed for lack of prosecution and/or why the answer should not be stricken and default entered.

     The Clerk shall serve this minute order on all parties in this action.



**MINUTES FORM 11**                         **INITIALS OF DEPUTY CLERK** <u>enm</u>
**CIVIL - GEN     CO           D - M**
O:\ECF Ready\CV.05-4237.OSC.NoRule26(f)Report.wpd