UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

CIVIL MINUTES - GENERAL

Case No.: CV 05-4237 AHS (OPx)        Date: June 27, 2008

Title:     Phillip L. Harmon v. Santa Barbara County Sheriff, etc., et al.

===============================================================

PRESENT: HON. **ALICEMARIE H. STOTLER**, CHIEF U.S. DISTRICT JUDGE

Ellen Matheson                              Not Present
Deputy Clerk                                Court Reporter

**ATTORNEYS PRESENT:** None present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISCHARGING THE COURT'S ORDER TO SHOW CAUSE

On June 11, 2008, the Court issued an Order to Show Cause ("OSC") why sanctions should not be imposed for failure to timely file a Joint Report, as required by Federal Rule of Civil Procedure 26(f). On June 18, 2008, defendants filed a response. On the same date, defendants filed a Motion To Stay Proceeding Pending Appeal ("Motion to Stay"). On June 26, 2008, the Court received plaintiff's response to the OSC.

Having read and considered the parties' responses, and in light of the filing of defendants' Motion To Stay, Court hereby discharges the OSC.

The Clerk shall file plaintiff's response to the OSC and serve this minute order on plaintiff and on counsel for defendants.

**MINUTES FORM 11**                         INITIALS OF DEPUTY CLERK _(signature)_
**CIVIL - GEN        CO           D - M**
S:\AHS\3CO\OSCs\Harmon.v.SantaBarbaraCounty.05-4237.DischargingOSC.wpd