JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| PHILLIP L. HARMON, | ) | CV 05-4237 AHS (OPx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| TIM ANDERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The United States Court of Appeals for the Ninth Circuit having issued its Memorandum Disposition on June 21, 2010, reversing and remanding the action, the Court of Appeals' mandate having issued on August 12, 2010, and the petition for writ of certiorari to the Supreme Court having been denied on December 14, 2010, the Court hereby grants judgment in favor of defendants. The parties shall bear their own costs.

The Clerk shall serve this Judgment on all parties.

DATED: December 16, 2010.

_ALICEMARIE H. STOTLER_
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE

S:\AHS\3NMO\Judgments\Harmon-v-Anderson.SACV05-4237-AHS.Jmt.After.Remand.wpd